

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Hira Azhar v. Mohammad Ali Choudhri

Appellate case number:      01-20-00169-CV

Trial court case number:      2015-36895

Trial court:      312th District Court of Harris County

This case has been reset for in person **oral argument** on **Wednesday, October 19, 2022 at 1:30 p.m**.

The parties are **ordered** to file supplemental briefing on the issues identified below in advance of oral argument. Both appellant's and appellee's supplemental briefs shall be due no later than 21 days from the date of this order, or **Thursday, September 22, 2022.** The supplemental briefing should be limited to the identified issues and may not, without leave of court, be longer than 5,000 words if computer-generated and 15 pages if not.

The parties are also instructed to be prepared to discuss the following issues at oral argument:

1. Has there been a determination of ownership of marital property made by any court in any jurisdiction?

2. Has there been a division of marital property made by any court in any jurisdiction?

3. Did the Pakistani courts have jurisdiction to divide marital property located in Texas?

4. If there has been no division of martial property, and assuming Appellant's property division claims under Chapter 9 of the Family Code are barred by res judicata, who holds title to the marital property? What effect does a finding that Appellant's Chapter 9 property division claims are barred by res judicata have on the ownership of the marital property?

5. Assuming Appellant's property division claims under Chapter 9 of the Family Code are barred by res judicata, would Appellant be prohibited from

pursuing separate partition claims under Chapter 23 of the Property Code as a tenant in common?

The parties should expect to address at oral argument the remainder of the legal arguments presented in their respective briefs.

It is so **ORDERED**.


Judge's signature: /s/ Amparo Guerra
                     Acting Individually

Date:  September 1, 2022